■ BUSINESS PRODUCTS CORPORATION OF AMERICA, Appellant, v MITA COPYSTAR AMERICA, INC., Respondent. [665 NYS2d 274] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered May 9, 1996, which denied plaintiff's motion to restore this action to the calendar and for recusal, unanimously affirmed, with costs.

The court properly exercised its calendar control authority by marking this case off the calendar, without prejudice to a formal motion to restore, and then by denying the motion, where it was made three years later (CPLR 3404). The application for recusal was without merit since plaintiff failed to show any circumstances that would even suggest that disqualification was warranted (see, Skripek v Skripek, 239 AD2d 488). We have considered plaintiff's remaining contentions and find them to be without merit. Concur—Sullivan, J. P., Milonas, Rosenberger and Williams, JJ.

■ JORGE JEREZ, Appellant, v CITY OF NEW YORK et al., Respondents. [664 NYS2d 11] —Order and judgment (one paper), Supreme Court, New York County (William McCooe, J.), entered January 7, 1997, which dismissed the petition seeking to recover $42,000 in United States currency vouchered with the Property Clerk of the New York City Police Department, unanimously affirmed, without costs.

The IAS Court properly dismissed the petition without a hearing, based upon the uncontested affidavits of two police officers establishing that they retrieved a bag containing the subject currency from the front seat of a livery cab and vouchered it as "found property" after petitioner, a passenger in the cab, disclaimed ownership of the bag or knowledge of its contents. In the present circumstances, petitioner failed to satisfy his burden of demonstrating entitlement to the money (Administrative Code of City of NY § 14-140 [f]). Concur—Sullivan, J. P., Milonas, Rosenberger and Williams, JJ.